[No. 6515–4–III.  Division Three.  December 11, 1984.]

*In the Matter of the Personal Restraint of*
JOSEPH WILLIAM BROOKS, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Munson, C.J., concurred in by McInturff and Thompson, JJ.

[No. 5683–0–III.  Division Three.  December 11, 1984.]

DOUGLAS D. ADAMS, *Appellant,* v. FARMERS INSURANCE COMPANY OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Franklin County, No. 27310, Robert S. Day, J., entered February 8, 1983. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Thompson, J., and Cone, J. Pro Tem.

[No. 9611–7–I.  Division One.  December 12, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. LYNN ALEXANDER TAKACS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–02229–2, Arthur E. Piehler, J., entered November 24, 1980. *Reversed* and *remanded* by unpublished opinion per Corbett, A.C.J., concurred in by Williams and Ringold, JJ.

[No. 11669–0–I.  Division One.  December 12, 1984.]

SCOTT E. CHRISTIANSEN, *Appellant,* v. OLA GROSET, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–00834–0, James J. Dore, J., entered March 29, 1982. *Reversed* by unpublished opinion per Ringold, J., concurred in by Callow and Scholfield, JJ.